

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00484-CV

| | |
|---|---|
| IN RE TEXAS PARKS AND WILDLIFE DEPARTMENT, Relator | § Original Proceeding |
| | § 362nd District Court of Denton County, Texas |
| | § Trial Court No. 24-4090-362 |
| | § October 23, 2025 |
| | § Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered Relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and lift our September 15, 2025 stay of the trial court's proceedings. Only if the trial court does not vacate its reinstatement order will we issue the writ.

It is further ordered that Real Parties in Interest Jose and Anita Munoz shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth